UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JEREMY C. NUNZ, | ) |
| | ) |
| Plaintiff, | ) 3:24-CV-00288-DCLC-JEM |
| | ) |
| vs. | ) |
| | ) |
| NAVY FEDERAL CREDIT UNION, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT

This matter came before the Court on Defendant's Motion for Summary Judgment. [Doc. 21]. For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant's Motion [Doc. 21] is **GRANTED IN PART** with respect to Plaintiff's Truth in Lending Act claim. The remainder of the claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court