UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JEREMY C. NUNZ, | ) | |
| Plaintiff, | ) | 3:24-CV-00288-DCLC-JEM |
| vs. | ) | |
| NAVY FEDERAL CREDIT UNION, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 50], which recommends denial of Defendant's Motion to Reconsider [Doc. 46]. No party filed objections to the R&R. See Fed. R. Civ. P. 72(b).

Upon review of the R&R and the record as a whole, the Court finds that the magistrate judge correctly analyzed the issues presented. Accordingly, the R&R [Doc. 50] is ADOPTED, and Defendant's Motion to Reconsider in Part Denial of Bill of Costs [Doc. 46] is DENIED.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge